**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO.  5:21-cv-74-TBR**

| | |
|---|---|
| BETTY COX | ) |
|     *PLAINTIFF* | ) |
| | ) |
| VS. | ) |
| | ) |
| O'CHARLEY'S, LLC and | ) |
| O'CHARLEY'S RESTAURANT | ) |
| PROPERTIES, LLC | ) |
|     *DEFENDANTS* | ) |

## NOTICE OF REMOVAL

Come the Defendants, O'Charley's, LLC and O'Charley's Restaurant Properties, LLC (cumulatively, "O'Charley's"), by and through counsel, and file this Notice of Removal of the above captioned action to the United States District Court for the Western District of Kentucky, pursuant to 28 U.S.C. §1332, 28 U.S.C. §1441 and 28 U.S.C. §1446. Defendants do so without waiving but reserving all procedural and substantive rights and defenses. As grounds for same, the Defendants state as follows:

    1.    On or about April 6, 2021, Plaintiff Betty Cox ("Cox") filed a civil action against O'Charley's in the McCracken Circuit Court, designated therein as Civil Action No. 21-CI-00258. A true and complete copy of the Plaintiff's Complaint is attached hereto as Exhibit A. Defendants timely filed their Answer, a copy of which is attached as Exhibit B hereto. No further proceedings have taken place save an exchange of written discovery a copy of which is attached hereto as Exhibit C.

    2.    Plaintiff brought his action in the McCracken Circuit Court. McCracken County, Kentucky lies within the jurisdiction of the United States District Court for the Western District of

Kentucky. Therefore, pursuant to 28 U.S.C. §§1391(a), 1441(a), and 1446(a), venue lies in the Western District of Kentucky, Paducah Division.

3. There are no other Defendants in this matter and therefore no other defendants who must consent to removal.

4. This action is one of a civil nature seeking monetary damages from Defendants based upon Defendants' alleged failure to maintain its property in a safe condition, and thus allowing bodily injury to the Plaintiff.

5. Federal jurisdiction is appropriate, and this action is removed pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1332(a) because the parties and interests are diverse, and as requests for admissions confirm Plaintiff seeks damages in an amount exceeding the sum of $75,000 exclusive of interests and costs. See Exhibit C attached hereto.

6. By Plaintiff's admission, Plaintiff is a citizen of McCracken County, Kentucky. (Exhibit A, ¶ 1).

7. Defendant O'Charley's Restaurant Properties, LLC is a Delaware limited liability company with its principal place of business in Nashville, Tennessee.

O'Charley's Restaurant Properties, LLC's sole member is O'Charley's Management Company, LLC, a Tennessee limited liability company with its principal place of business in Nashville, Tennessee.

O'Charley's Management Company, LLC's sole member is O'Charley's LLC, a Tennessee limited liability company with its principal place of business in Nashville, Tennessee.

O'Charley's LLC's sole member is O'Charley's Holdings, LLC, a Delaware limited liability company with its principal place of business in Nashville, Tennessee.

O'Charley's Holdings, LLC's sole member is Cannae Newport Holdings, LLC, a Delaware limited liability company with its principal place of business in Nashville, Tennessee.

Cannae Newport Holdings, LLC is 65.4% owned by RG Group Holdco, LLC, a Delaware limited liability company with its principal place of business in Las Vegas, Nevada; 29.9% owned by Newport Global Opportunities Fund 1-A AVI (ABRH) LP, a Delaware limited partnership; and 4.7% held by the following persons/entities:

- Folco Development Corporation (Florida)
- Westrock Capital Partners, LLC (Arkansas)
- Brandon B. Bickett Irrevocable Trust (Nevada)
- Kelly N. Bickett Irrevocable Trust (Nevada)
- Ryan W. Bickett Irrevocable Trust (Nevada)
- Raymond R. Quirk (Florida)
- Erika Meinhardt Revocable Trust (Georgia)
- Christopher Abbinante (Illinois)
- Donald A. Dubois (California)
- Roger S. Jewkes (Nevada)

RG Group Holdco, LLC's sole member is Cannae Holdings, LLC, a Delaware limited liability company with its principal place of business in Las Vegas, Nevada.

Cannae Holdings, LLC is 99% owned by Cannae Holdings, Inc, a Delaware corporation with its principal place of business in Las Vegas, Nevada and 1% owned by Cannae Holdco, Inc., a Delaware corporation with its principal place of business in Las Vegas, Nevada.

The general partner of Newport Global Opportunities Fund AIV-A (ABRH), LP is Newport Global Opportunities GP LP, a Delaware limited liability company. The general partner of Newport Global Opportunities GP LP is Newport Global Opportunities GP LLC, a Delaware limited liability company. The managing member of Newport Global Opportunities GP LLC is Newport Global Advisors LP, a Delaware limited partnership. The other members of Newport Global Opportunities GP LLC are Newport Offshore Feeder Fund L.P., a Cayman limited partnership, and Newport Offshore Subfeeder Fund L.P., a Cayman limited partnership.

The members of Westrock Capital Partners, LLC are Westrock Capital Management, LLC, an Arkansas limited liability company, and Wooster Capital, LLC, a Texas limited liability company.

The members of Westrock Capital Management, LLC are Richard Massey, an Arkansas resident, and Greenbrier Holdings, LLC, an Arkansas limited company.

The member of Greenbrier Holdings, LLC is Scott Ford, an Arkansas resident.

The member of Wooster Capital, LLC is Joe Ford, a Texas resident.

8. There are no Kentucky residents anywhere within the corporate ownership structure of O'Charley's Restaurant Properties, LLC or O'Charley's, LLC. O'Charley's Restaurant Properties, LLC has no members residing in or citizens of Kentucky. O'Charley's, LLC has no members residing in or citizens of Kentucky.

9. There is complete diversity of citizenship between the relevant parties to this lawsuit.

10. The Plaintiff's Complaint (Exhibit A) does not identify the amount in controversy.

11. On or about April 30, 2021, O'Charley's propounded requests for admission upon Cox asking her to admit or deny the amounts claimed in the above styled action by her exceed $75,000.00. In her May 27, 2021 response, attached as Exhibit C, Cox admits that the "damages [she is] seeking in this litigation combined exceed $75,000".

12. As a result of the admissions contained in Exhibit C, Plaintiff has admitted that the amount in controversy exceeds the jurisdictional requirements of this Court.

13. Accordingly, because diversity of citizenship exists between Plaintiff and Defendants, and the amount in controversy exceeds $75,000, this Court has original jurisdiction

of the action pursuant to 28 U.S.C. §1332(a)(1), and this action is removable under 28 U.S.C. §1441(b).  This district and division embrace the place where the action has been pending.

14. Under 28 U.S.C. §1391(a), this Court is a proper venue for this action because this is a civil action in which jurisdiction is based on diversity of citizenship and the injury at issue allegedly occurred in Paducah, McCracken County, Kentucky which is in the Western District of Kentucky, Paducah Division.

15. Pursuant with 28 U.S.C. §1446 Defendants have filed this Notice of Removal within 30 days of Plaintiff's responses to requests for admission admitted which first established the amount in controversy.  Thus, this Notice of Removal is timely.

16. Plaintiff's Complaint was filed on or about April 6, 2021.  Defendants have filed this Notice of Removal within one (1) year of the date of commencement of this litigation.  Thus, this Notice of Removal is timely.

17. Defendants will promptly give written notice of the filing of this Notice of Removal to all adverse parties and will promptly file a Notice of Removal with the Clerk of the Jefferson Circuit Court.  A copy of that notice is attached hereto as Exhibit D.

18. This Notice of Removal is signed by counsel for O'Charley's, LLC and O'Charley's Restaurant Properties, LLC pursuant to FRCP 11.

19. Copies of all pleadings filed in the state court are attached hereto as Exhibit A (Complaint), Exhibit B (Answer) and Exhibit E (all other pleadings).

WHEREFORE, the Defendants, O'Charley's, LLC and O'Charley's Restaurant Properties, LLC respectfully request this Notice of Removal be filed, that Civil Action No. 20-CI-00258 be removed to and proceed in this Court, and that no further proceedings be had in the McCracken Circuit Court, Kentucky.

                Respectfully submitted,

                CASEY BAILEY & MAINES, PLLC
                3151 Beaumont Centre Circle, Ste. 200
                Lexington, Kentucky  40513
                Telephone: (859) 243-0228
                Facsimile:  (859) 243-0528
                Email: smaines@cbmlaw.net

By:   /s/ *Susan L. Maines*
      SUSAN L. MAINES

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed with the Clerk of the U.S. District Court by using the CM/ECF system, which will send a notice of electronic filing to the following on this the 16th day of June, 2021:

Clay Duncan
Housman Garatt & Duncan, PLLC
109 S. 4th Street
PO Box 1196
Paducah KY 42002

                /s/ *Susan L. Maines*
                SUSAN L. MAINES