Filed        21-CI-00258        04/06/2021        Kim Channell, McCracken Circuit Clerk

NOT ORIGINAL DOCUMENT
04/12/2021 02:06:17 PM
86537

COMMONWEALTH OF KENTUCKY
McCRACKEN CIRCUIT COURT
Civil Action No: _____

BETTY COX                                                              PLAINTIFF

v.                                    **COMPLAINT**
                                    ***Electronically Filed***

O'CHARLEY'S LLC
          Serve via Registered Agent:
                    C T Corporation System
                    306 W. Main Street, Suite 512
                    Frankfort, KY 40601

and

O'CHARLEY'S RESTAURANT PROPERTIES, LLC
          Serve via Registered Agent:
                    C T Corporation System
                    306 W. Main Street, Suite 512
                    Frankfort, KY 40601                              DEFENDANTS

For her Complaint against Defendants, Plaintiff hereby states as follows:

1.        Plaintiff Betty Cox is a Kentucky resident, residing in Paducah, McCracken
County, Kentucky.

2.        Defendant O'Charley's LLC is a Foreign Limited Liability Company with its
principal place of business in Nashville, Tennessee and service of process may be made upon its
registered agent listed above.

3.        Defendant O'Charley's Restaurant Properties, LLC is a Foreign Limited Liability
Company with its principal place of business in Nashville, Tennessee and service of process may
be made upon its registered agent listed above.

4.        Venue in this action is based upon the fact that the events giving rise to the cause
of action occurred in McCracken County, Kentucky.

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

COM : 000001 of 000005

Filed          21-CI-00258          04/06/2021          Kim Channell, McCracken Circuit Clerk

NOT ORIGINAL DOCUMENT
04/12/2021 02:06:17 PM
86537

## COUNT I

5.      At all times relevant Defendant O'Charley's LLC operated a restaurant in Paducah, McCracken County, Kentucky.

6.      On or about June 7, 2020 Plaintiff Betty Cox entered the restaurant operated by Defendant O'Charley's LLC in Paducah, McCracken County, Kentucky as an invitee of Defendant O'Charley's LLC.

7.      On or about June 7, 2020 while on the restaurant premises Plaintiff Betty Cox was caused to fall and sustain severe injuries due to the negligent maintenance of the restaurant premises by Defendant O'Charley's LLC.

8.      Defendant O'Charley's LLC failed in its duty to keep the restaurant premises in a reasonably safe condition, causing severe injuries to Plaintiff Betty Cox.

9.      Defendant O'Charley's LLC allowed an unreasonably dangerous condition to persist on the restaurant premises, causing severe injuries to Plaintiff Betty Cox.

10.     Defendant O'Charley's LLC failed to warn of a latent and unreasonably dangerous condition on the restaurant premises, causing severe injuries to Plaintiff Betty Cox.

11.     Defendant O'Charley's LLC was at all times relevant in exclusive control of the premises on which Plaintiff Betty Cox fell and sustained severe injuries, and the occurrence complained of is of a kind which ordinarily does not occur in the absence of negligence on the part of the entities/person(s) in charge of the ownership, supervision, or maintenance thereof.

12.     Plaintiff Betty Cox is entitled to rely on the doctrine of *res ipsa loquitur* in holding Defendant O'Charley's LLC liable for her severe injuries and damages as described herein.

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

COM : 000002 of 000005

2

Filed          21-CI-00258          04/06/2021          Kim Channell, McCracken Circuit Clerk

NOT ORIGINAL DOCUMENT
04/12/2021 02:06:17 PM
86537

13.     Plaintiff Betty Cox has incurred substantial medical expense, and will incur same in the future, and has endured great pain and suffering, and will endure same in the future, as a direct and proximate consequence of the negligence of the Defendant O'Charley's LLC as described above.

## COUNT II

14.     At all times relevant Defendant O'Charley's Restaurant Properties, LLC operated a restaurant in Paducah, McCracken County, Kentucky.

15.     On or about June 7, 2020 Plaintiff Betty Cox entered the restaurant operated by Defendant O'Charley's Restaurant Properties, LLC in Paducah, McCracken County, Kentucky as an invitee of Defendant O'Charley's Restaurant Properties, LLC.

16.     On or about June 7, 2020 while on the restaurant premises Plaintiff Betty Cox was caused to fall and sustain severe injuries due to the negligent maintenance of the restaurant premises by Defendant O'Charley's Restaurant Properties, LLC.

17.     Defendant O'Charley's Restaurant Properties LLC failed in its duty to keep the restaurant premises in a reasonably safe condition, causing severe injuries to Plaintiff Betty Cox.

18.     Defendant O'Charley's Restaurant Properties, LLC allowed an unreasonably dangerous condition to persist on the restaurant premises, causing severe injuries to Plaintiff Betty Cox.

19.     Defendant O'Charley's Restaurant Properties, LLC failed to warn of a latent and unreasonably dangerous condition on the restaurant premises, causing severe injuries to Plaintiff Betty Cox.

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

COM : 000003 of 000005

Filed          21-CI-00258          04/06/2021          Kim Channell, McCracken Circuit Clerk

Filed          21-CI-00258          04/06/2021          Kim Channell, McCracken Circuit Clerk

NOT ORIGINAL DOCUMENT
04/12/2021 02:06:17 PM
86537

20.    Defendant O'Charley's Restaurant Properties, LLC was at all times relevant in exclusive control of the premises on which Plaintiff Betty Cox fell and sustained severe injuries, and the occurrence complained of is of a kind which ordinarily does not occur in the absence of negligence on the part of the entities/person(s) in charge of the ownership, supervision, or maintenance thereof.

21.    Plaintiff Betty Cox is entitled to rely on the doctrine of *res ipsa loquitur* in holding Defendant O'Charley's Restaurant Properties, LLC liable for her severe injuries and damages as described herein.

22.    Plaintiff Betty Cox has incurred substantial medical expense, and will incur same in the future, and has endured great pain and suffering, and will endure same in the future, as a direct and proximate consequence of the negligence of the Defendant O'Charley's Restaurant Properties, LLC as described above.

WHEREFORE, Plaintiff asks judgment against Defendants, jointly and severally, in an amount which will fairly and fully compensate Plaintiff for her harms and losses described above, her costs herein expended, trial by jury, and all other relief to which she may appear entitled.

Respectfully submitted,

HOUSMAN, GARATT & DUNCAN, PLLC

/s/ Clay Duncan

CLAY DUNCAN
109 S. 4th Street, PO Box 1196
Paducah KY 42002-1196
270-444-6644 – phone / 270-444-6116 – fax
cduncan@housmanlaw.com
Attorneys for Plaintiffs

This the 6th day of April, 2021.

/s/ Clay Duncan

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

COM : 000004 of 000005

Filed          21-CI-00258          04/06/2021          Kim Channell, McCracken Circuit Clerk

Filed        21-CI-00258        04/06/2021              Kim Channell, McCracken Circuit Clerk

NOT ORIGINAL DOCUMENT
04/12/2021 02:06:17 PM
86537

## CERTIFICATION NOTICE PURSUANT TO 411.188

Without conceding the propriety or the constitutionality of KRS 411.188, nor the admissibility in evidence before a jury of the information described in that statute, I hereby certify that a copy of this Complaint and Certification are being sent by certified mail, return receipt requested to:

Humana Claims
PO Box 14601
Lexington KY  40512-4601

NGHP
PO Box 138832
Oklahoma City OK  73113

advising them of potential subrogation rights.  Failure to assert such rights by intervention, pursuant to Kentucky Civil Rule 24 may result in a loss of those rights with respect to any final award received by the plaintiff as a result of this action.

This the 6th day of April, 2021.

_/s/ Clay Duncan_ _____

Presiding Judge: HON. TIMOTHY KALTENBACH (602310)

COM : 000005 of 000005

Filed        21-CI-00258        04/06/2021              Kim Channell, McCracken Circuit Clerk